# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## Washington, DC

## UNITED STATES

### v.

## William T. DITTY
## Lieutenant, U.S. Coast Guard

### CGCMG 0160

### Docket No.  1134

### 1 November 2000

General Court-Martial convened by Commander, U.S. Coast Guard Maintenance and Logistics Command Atlantic.  Tried at Norfolk, Virginia on March 16, 2000.

| | |
|---|---|
| Military Judge: | CAPT Robert W. Bruce, USCG |
| Trial Counsel: | LCDR Jon G. Beyer, USCG |
| Detailed Defense Counsel | LT W. Chadwick Austin, JAGC, USNR |
| Appellate Defense Counsel: | CDR Jeffrey C. Good, USCG |
| Appellate Government Counsel: | LTJG Mark A. Cunningham, USCGR |

## BEFORE
## PANEL SIX
## BAUM, WESTON & CASSELS,
Appellate Military Judges

PER CURIAM:

Appellant was tried by a general court-martial before a military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, he was convicted of one specification of making a false official statement in violation of Article 107, Uniform Code of Military Justice (UCMJ), one specification of larceny of a laptop computer in violation of Article 121, UCMJ, and one specification of assault, in violation of Article 128, UCMJ.  Appellant was sentenced to a dismissal from the service and a fine of $900.  The convening authority approved the sentence as adjudged, which was within the terms of the pretrial agreement.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, we have determined that the findings and sentence are correct in law and fact, and on the basis of the entire record should be approved. Accordingly, the findings and sentence, as approved below, are affirmed.



For the Court

//s//
James P. Magner
Clerk of the Court